**This order is SIGNED.**

**Dated: November 22, 2024**

Kevin R. Anderson
KEVIN R. ANDERSON
U.S. Bankruptcy Judge

---

*Prepared and Submitted By:*

Michael F. Thomson (State Bar No. 9707)
Carson Heninger (State Bar No. 17410)
Abigail J. Stone (State Bar No. 19083)
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6900
Email: thomsonm@gtlaw.com
carson.heninger@gtlaw.com
abigail.stone@gtlaw.com

*Attorneys for Michael F. Thomson, Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>ROBERT RONALD CLAUSON,<br><br>Debtor. | Bankr. Case No. 21-23249<br><br>Chapter 7 |
| MICHAEL F. THOMSON, Chapter 7 Trustee for the Robert Ronald Clauson Bankruptcy Estate,<br><br>Plaintiff,<br><br>v.<br><br>NILE CLAUSON, an individual,<br><br>Defendant. | Adv. Proc. No. 23-02053<br><br>The Honorable Kevin R. Anderson |

**JUDGMENT**

This Court having entered the *Order Granting Plaintiff's Motion for Partial Summary Judgment*, finding that the Trustee is entitled to recover, for the benefit of the Estate, the value of the Transfer[1] from the Defendant pursuant to 11 U.S.C. § 550(a), in the amount of $174,750.82, the Court hereby enters Judgment as follows:

It is hereby **ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. Judgment in the amount of $174,750.82 is hereby entered in favor of Plaintiff Michael F. Thomson, Chapter 7 Trustee for the Robert Ronald Clauson Bankruptcy Estate, and against Defendant Nile Clauson.

2. This Judgment shall accrue post-judgment interest pursuant to 28 U.S.C. § 1961.

**- - - - - - END OF DOCUMENT - - - - - -**

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Plaintiff's Motion for Partial Summary Judgment and Memorandum of Law in Support* [Dkt. 14].

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **JUDGMENT** shall be served to the parties in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Carson Heninger heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- Mark C. Rose mrose@mbt-law.com, markcroselegal@gmail.com
- Abigail Jennifer Stone abigail.stone@gtlaw.com
- Michael F. Thomson thomsonm@gtlaw.com, stuverm@gtlaw.com;Suzanne.Williams@gtlaw.com;ut17@ecfcbis.com
- Michael F. Thomson thomsonm@gtlaw.com, stuverm@gtlaw.com;mike-thomson-2584@ecf.pacerpro.com

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

Nile Clauson
1479 West 110 North
Pleasant Grove, UT 84062