**This order is SIGNED.**

**Dated: November 22, 2024**

KEVIN R. ANDERSON
U.S. Bankruptcy Judge

*Prepared and Submitted By:*

Michael F. Thomson (State Bar No. 9707)
Carson Heninger (State Bar No. 17410)
Abigail J. Stone (State Bar No. 19083)
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: (801) 478-6900
Email: thomsonm@gtlaw.com
carson.heninger@gtlaw.com
abigail.stone@gtlaw.com

*Attorneys for Michael F. Thomson, Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>ROBERT RONALD CLAUSON,<br><br>Debtor. | Bankr. Case No. 21-23249<br><br>Chapter 7 |
| MICHAEL F. THOMSON, Chapter 7 Trustee for the Robert Ronald Clauson Bankruptcy Estate,<br><br>Plaintiff,<br><br>v.<br><br>NILE CLAUSON, an individual,<br><br>Defendant. | Adv. Proc. No. 23-02053<br><br>The Honorable Kevin R. Anderson |

**ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The matter before the Court is the *Plaintiff's Motion for Partial Summary Judgment and Memorandum of Law in Support* [Dkt. 14] (the "Motion"). The Motion was served through the Court's CM/ECF system on all parties that receive electronic notice in this case on October 18, 2024. In addition, a *Notice of Plaintiff's Motion for Partial Summary Judgment and Memorandum of Law in Support and Notice of Hearing* [Dkt. 16] (the "Notice") that provided for, among other things, notice of the deadline of November 8, 2024, for filing objections to the Motion, was properly served on the Defendant's counsel and no further notice is required. No objections to the Motion have been filed. The Court has reviewed the Motion, the Notice, the *Appendix of Exhibits in Support of Plaintiff's Motion for Partial Summary Judgment and Memorandum of Law in Support* [Dkt. 15] and applicable law. Based thereon, and for good cause showing, it is hereby

**ORDERED that:**

1. The Motion is **GRANTED;**

2. Pursuant to the First Cause of Action, the Transfer[1] is avoided pursuant to 11 U.S.C. § 548(a)(1)(B);

3. Pursuant to the Third Cause of Action, the Trustee is entitled to recover, for the benefit of the Estate, the value of the Transfer from the Defendant pursuant to 11 U.S.C. § 550(a), in the amount of $174,750.82;

4. The hearing scheduled for December 3, 2024, at 10:30 a.m., is **STRICKEN**; and

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

5. The Court will enter a separate Judgment against the Defendant, and in favor of the Trustee, in the amount of $174,750.82, which amount shall accrue post-judgment interest pursuant to 28 U.S.C. § 1961.

**- - - - - - END OF ORDER - - - - - -**

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** shall be served to the parties in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Carson Heninger heningerc@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com
- Mark C. Rose mrose@mbt-law.com, markcroselegal@gmail.com
- Abigail Jennifer Stone abigail.stone@gtlaw.com
- Michael F. Thomson thomsonm@gtlaw.com, stuverm@gtlaw.com;Suzanne.Williams@gtlaw.com;ut17@ecfcbis.com
- Michael F. Thomson thomsonm@gtlaw.com, stuverm@gtlaw.com;mike-thomson-2584@ecf.pacerpro.com

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

Nile Clauson, an individual
1479 West 110 North
Pleasant Grove, UT 84062

United States Bankruptcy Court

District of Utah

Thomson,
Plaintiff

Adv. Proc. No. 23-02053-KRA

Clauson,
Defendant

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: admin Page 1 of 1

Date Rcvd: Nov 22, 2024 Form ID: pdfor1 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2024:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| dft | + | Nile Clauson, 1479 West 110 North, Pleasant Grove, UT 84062-3554 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Abigail Jennifer Stone | on behalf of Plaintiff Michael Thomson abigail.stone@gtlaw.com |
| Carson Heninger | on behalf of Plaintiff Michael Thomson heningerc@gtlaw.com carson-heninger-5642@ecf.pacerpro.com,Candy.Long@gtlaw.com |
| Mark C. Rose | on behalf of Defendant Nile Clauson mrose@mbt-law.com markcroselegal@gmail.com |
| Michael F. Thomson | on behalf of Plaintiff Michael Thomson thomsonm@gtlaw.com stuverm@gtlaw.com;mike-thomson-2584@ecf.pacerpro.com |

TOTAL: 4